IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00222-MOC-WCM

| | |
|---|---|
| CLAYTON CHARLES BOUCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CAITLIN BOND ) | |
| *Manager at Hire Dynamics LLC*; ) | |
| EMPLOYMENT BRIDGE; and ) | |
| HIRE DYNAMICS LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application," Doc. 2) and Plaintiff's "Motion on standing order to seek permission using an Ai (sic) systems" (the "Motion," Doc. 3).

I. The Application

Upon review of the Application, it appears that Plaintiff has limited income and assets and is entitled to proceed in forma pauperis in this case.

II. The Motion

The Court's Standing Order on the Use of Artificial Intelligence, No. 3:24-mc-104 (the "Order"), requires attorneys and *pro se* filers to file a certification with any brief or memorandum that, among other things, attests

1

that no artificial intelligence (except for any artificial intelligence embedded in standard on-line legal research tools) was used when research was being performed for the preparation of the document.

Here, Plaintiff appears to request leave to use artificial intelligence in preparing his submissions to this Court because he needs "examples and structures" to better explain his position, and because, despite his efforts, he has been unable to obtain counsel.

However, the Order does not reference possible exceptions and the undersigned is otherwise not persuaded that an exception should be made in this case.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Application (Doc. 2) is **GRANTED**, and Plaintiff is permitted to proceed without the prepayment of the filing fee or giving security therefor.

2. The Court further **DIRECTS** that:

    a. Plaintiff shall prepare summonses for Defendant(s) and submit the summonses to the Clerk on or before September 23, 2024;

    b. Upon receipt of the summonses, the Clerk shall deliver process to the United States Marshals Service for service;

    c. The United States Marshals Service shall serve process upon Defendants at the expense of the United States Government; and

d. Notwithstanding service of process by the United States Marshals Service as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

3. Plaintiff's "Motion on standing order to seek permission using an Ai (sic) systems" (Doc. 3).is **DENIED**.

Signed: September 9, 2024

W. Carleton Metcalf
United States Magistrate Judge

3

Case 1:24-cv-00222-MOC-WCM   Document 4   Filed 09/09/24   Page 3 of 3